UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE CHALOUH,<br><br>                                             Plaintiff,<br><br>-against-<br><br><br>CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT; POLICE OFFICER JOHN/JANE DOE 1-10<br><br>                                             Defendants. | **CIVIL ACTION**<br>**Docket No. 24-cv-07198-RER-JRC**<br><br>**Affidavit of Service** |

State of New York, Count of New York ss:

      The undersigned, an attorney at law duly licensed to practice in the State of New York and before this Court, and attorney of record for Plaintiff MOSHE CHALOUH, hereby affirms under penalty of perjury that:

      1.    On October 27, 2024, I served the Defendants CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT by serving a true copy of the summons and complaint in the instant action to the email address for the Office of the New York City Corporation Counsel at [ECF@law.nyc.gov](mailto:ECF@law.nyc.gov), which is, upon information and belief, an email address that is set up to receive electronic service of court notifications.

      2.    On November 20, 2024, I served the Defendants CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT by serving a true copy of the summons and complaint in the instant action to the email address for the Office of the New York City Corporation Counsel at [ServiceECF@law.nyc.gov](mailto:ServiceECF@law.nyc.gov), which is, upon information and belief, an email address that is set up to receive electronic service of process.

**<u>INTENTIONALLY LEFT BLANK</u>**

3.  Also on November 20, 2024, I received an email from ServiceECF@law.nyc.gov acknowledging receipt of the email sent by the undersigned on this same date, which contained, as an attachment, a true copy of the summons and complaint filed with this Court in this action.

Dated: November 20, 2024
New York, New York

Respectfully Submitted,

**/s/ JOSEPH Z. AMSEL, ESQ**
Law Offices of Joseph Z. Amsel, PLLC
*Attorneys for Plaintiff*
43 West 43rd Street, Suite 265
New York, NY 10036
888-558-7425
JZAmsel@AmselLaw.com

CC: New York City Corporation Counsel
100 Church Street
New York, NY 10007
ServiceECF@law.nyc.gov