

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALEXANDRA CORSI**
*Senior Counsel*
E-mail:acorsi@law.nyc.gov
Phone: (212) 356-3545
Fax: (212) 356-3509

July 9, 2025

**By ECF**
The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re:    *Moshe Chalouh v. City of New York, et al.*
               24 CV 7198 (RER)(JRC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. Pursuant to the Court's April 4, 2025 Court Order, the parties write to provide a status update and to inform the Court that the parties reached a settlement earlier this week. As such, counsel for the parties are in the process of preparing and executing the necessary settlement paperwork and will forward the Stipulation of Settlement and Order of Dismissal to the Court for its endorsement once it is finalized. Given the settlement, it is respectfully requested that all deadlines in this case be adjourned *sine die*. We thank the Court for its time and consideration.

      Respectfully submitted,

      /s/ Alexandra Corsi

      Alexandra Corsi
      Senior Counsel
      Special Federal Litigation Division

Cc:    Joseph Amsel, Esq. (By ECF)
       *Attorney for Plaintiff*